NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                       :
SEBASTIAN E. ARMANETTI ALMADA,         :
                                       :   Civil Action No. 16-8777 (JMV)
                   Petitioner,         :
                                       :
         v.                            :   **OPINION**
                                       :
CHARLES L. GREEN,                      :
                                       :
                   Respondent.         :
_____:

APPEARANCES:

Andrea N. Mazzula-Adames, Esq.
481 Bloomfield Avenue
Newark, NJ 07107
        on behalf of Petitioner

Nicole Patrice Grant
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868
Washington, D.C. 20044
        on behalf of Respondent

**VAZQUEZ**, United States District Judge

On November 28, 2016, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1), challenging his prolonged detention by U.S. Immigration and Customs Enforcement ("ICE"). Respondent filed an answer to the petition on February 2, 2017. (ECF No. 2.) The following day, Petitioner submitted a letter to the Court, stating that his removal proceedings successfully terminated, and he was released from custody. (ECF No. 3.) Therefore, he wishes to withdraw his habeas petition. (*Id.*)

Federal Rule of Civil Procedure 41(a)(2) provides that "except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Petitioner received the relief requested in his habeas petition, release from ICE detention, and properly seeks to withdraw his habeas petition. Therefore, the Court will dismiss this action.

An appropriate Order follows.

Date: February 7, 2017
At Newark, New Jersey

                                        s/ John Michael Vazquez
                                        JOHN MICHAEL VAZQUEZ
                                        United States District Judge